entered November 24, 1923, affirming a judgment in favor of plaintiff entered upon a verdict. This action was brought by the plaintiff, as owner of the barge *Sun of Yonkers* for damages thereto occurring while the barge was in the possession of the defendant under an oral contract of hire. It is undisputed that the damages occurred in New York harbor as the result of a violent storm. The complaint alleged that defendant failed to use reasonable care to safeguard the boat.

*Arthur W. Clement* for appellant.

*J. M. Gorman, Pierre M. Brown* and *Richard F. Lenahan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

PETER H. HOFFMAN, JR., by PETER H. HOFFMAN, His Guardian ad Litem, Respondent, *v.* THE CITY OF OLEAN, Appellant.

*Municipal corporations — streets — designation of street for coasting — when municipality liable for injury to child standing on curb.*

*Hoffman v. City of Olean*, 206 App. Div. 787, affirmed.

(Argued April 8, 1924; decided May 13, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 12, 1923, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant. The common council of defendant, by resolution had designated West Sullivan street between Sixth and Tenth streets for coasting at certain hours. The plaintiff when injured was standing upon the curb of West Sullivan street, watching those coasting down the hill within the street. While thus standing a sled which was being drawn up the hill by a coaster on the rear of an automobile, by means of a rope attached to it and held by the coaster, was thrown from the roadway of the street

against him by the running into it of a sled with coasters, coasting down the hill, and·he received the injuries complained of.

*Frederick Collin* and *Henry Donnelly* for appellant.

*L. L. Thrasher, J. S. Lambert* and *Robert E. Murrin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, MCLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., and LEHMAN, J. Not voting: POUND, J.

---

SARAH C. POTTER, Respondent, *v.* HOWARD M. POTTER, Appellant.

*Husband and wife — separation — cruel and inhuman treatment.*

*Potter* v. *Potter*, 208 App. Div. 746, affirmed.

(Argued April 9, 1924; decided May 13, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 8, 1924, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for a separation upon the ground of cruel and inhuman treatment.

*George B. Class* and *John L. Class* for appellant.

*E. C. Aiken* and *Frederick R. Rich* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

WILLIAM A. RAFTER, Respondent, *v.* RICHARD K. FOX PUBLISHING COMPANY, Appellant.

*Contract — services — master and servant — action to recover on contract for services — defenses of ultra vires, undue influence and termination of employment for cause.*

*Rafter* v. *Fox Publishing Co.*, 206 App. Div. 389, affirmed.

(Argued April 10, 1924; decided May 13, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 20, 1923, unanimously